IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE J & S BEHL, LCC, <br> Debtor | |
| J & S BEHL, LLC <br> Appellant | CIVIL NO.  AMD 02-2761 |
| v. | BANKRUPTCY CASE NO. <br> 02-5-6074-JS |
| M & M PARTNERSHIP, <br> Appellee | |

...oOo...

## ORDER

In accordance with the foregoing Memorandum, it is this 22nd day of August, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)  That the Motion for Stay (Paper No. 2) and Request for Emergency Hearing (Paper No. 3) are DENIED; and it is further ORDERED

(2)  That the Clerk of the Court shall TRANSMIT copies of this Order and the foregoing Memorandum to counsel of record, to all interested parties, and to the Clerk of the United States Bankruptcy Court for this District.

ANDRÉ M. DAVIS
United States District Judge