IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE J & S BEHL, LCC, <br> Debtor | : |
| J & S BEHL, LLC <br> Appellant | :    CIVIL NO.  AMD 02-2761 |
| v. | :    BANKRUPTCY CASE NO. <br> 02-5-6074-JS |
| M & M PARTNERSHIP, <br> Appellee | : |

...oOo...

MEMORANDUM

Appellee's Motion to Dismiss has been read and considered. There would appear to be no question that, the Fourth Circuit having refused to stay the debtor's imminent eviction from the leased premises, this appeal has been rendered moot by virtue of the debtor's relinquishment of possession in lieu of eviction. Accordingly, the motion to dismiss shall be granted by separate order issued herewith.

Filed: October 8, 2002

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE