IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE J & S BEHL, LCC,
    Debtor

J & S BEHL, LLC　　　　　　　　　　　:　　CIVIL NO.　AMD 02-2761
    Appellant

v.　　　　　　　　　　　　　　　　　　　:　　BANKRUPTCY CASE NO.
　　　　　　　　　　　　　　　　　　　　　　02-5-6074-JS

M & M PARTNERSHIP,
    Appellee

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 8th day of October, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That the Motion to Dismiss is GRANTED AND THIS APPEAL IS DISMISSED AS MOOT; and it is further ORDERED

(2) That the Clerk of the Court shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to counsel of record, to all interested parties, and to the Clerk of the United States Bankruptcy Court for this District.

                                        /s/ Andre M. Davis
                                        ANDRÉ M. DAVIS
                                        United States District Judge